IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:16-CV-233-D

KELVIN J. DIXON, and )
STEPHANIE DIXON, )
                              )
          Plaintiffs, )
                              )
      v. )          **ORDER**
                              )
PRUDENTIAL PRIME PROPERTIES, )
JODY TINGEN, PISTOL TINGEN, )
JEFF MATHIS, and )
DANNY HARRINGTON, )
                              )
          Defendants. )

On August 22, 2016, plaintiffs requested a preliminary injunction [D.E. 4]. A party seeking a preliminary injunction must show: (1) a likelihood of success on the merits of the underlying claim; (2) "that he is likely to suffer irreparable harm in the absence of preliminary relief"; (3) "that the balance of equities tips in his favor"; and (4) that an injunction would be in the public interest. See Winter v. Nat'l Res. Def. Council, Inc., 515 U.S. 7, 20–23 (2008); Cantley v. W.V. Reg'l Jail and Corr. Facility Auth., 771 F.3d 201, 207 (4th Cir. 2014). Plaintiffs have not made the required showing. Thus, plaintiffs' motion for a preliminary injunction [D.E. 4] is DENIED.

SO ORDERED. This 7 day of February 2017.

                                                    JAMES C. DEVER III
                                                    Chief United States District Judge