UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| KELVIN J. DIXON, and <br> STEPHANIE DIXON, <br><br> Plaintiffs, <br><br> V. <br><br> PRUDENTIAL PRIME PROPERTIES, <br> JODY TINGEN, PISTOL TINGEN, <br> JEFF MATHIS HOME INSPECTION <br> SERVICE, and DANNY HARRINGTON, <br><br> Defendants. | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 4:16-cv-233-D** |

**Decision by Court.**
This action came before the Honorable James C. Dever III, Chief United States District Judge, for consideration of the parties' motions.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS plaintiffs' first motion to amend [D.E. 7] to the extent it supplements the amended complaint by adding an exhibit, DENIES plaintiffs' second motion to amend [D.E. 41], GRANTS IN PART and DENIES IN PART defendants Jody Tingen, Pistol Tingen, and Prudential Prime Properties' motion to dismiss [D.E. 12], GRANTS defendants Danny Harrington and Jeff Mathis Home Inspection Service's motions to dismiss [D.E. 21, 32], DISMISSES plaintiffs' federal claims, DECLINES to exercise supplemental jurisdiction over plaintiffs' state-law claims, and DENIES as moot defendant Danny Harrington's motion for more definite statement [D.E. 23].

**This Judgment Filed and Entered on April 20, 2017, and Copies To:**

| | |
|---|---|
| Kelvin J. Dixon | (Sent to P.O. Box 794 Ayden, NC 28513 via US Mail) |
| Stephanie Dixon | (Sent to P.O. Box 794 Ayden, NC 28513 via US Mail) |
| Stuart L. Stroud | (via CM/ECF Notice of Electronic Filing) |
| Joshua D. Neighbors | (via CM/ECF Notice of Electronic Filing) |
| David S. Wisz | (via CM/ECF Notice of Electronic Filing) |

| | |
|---|---|
| DATE: <br> April 20, 2017 | PETER A. MOORE, JR., CLERK <br> (By) /s/ Nicole Briggeman <br> Deputy Clerk |